# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT TACOMA

| TRISTAN BRIGHT, | CASE NO. C11-5969 BHS |
|---|---|
| Plaintiff, | |
| v. | ORDER ADOPTING REPORT AND RECOMMENDATION |
| C/O BRINK, C/O RANKIN, C/O EARWICK, C/O STEVENSON, PIERCE COUNTY JAIL, | |
| Defendants. | |

This matter comes before the Court on the Report and Recommendation ("R&R") of the Honorable Karen L. Strombom, United States Magistrate Judge. Dkt. 20. The Court having considered the R&R and the remaining record, and no objections having been filed, does hereby find and order as follows:

(1) The R&R is **ADOPTED**;

(2) Defendants' motion to dismiss (Dkt. 18) is **GRANTED**; and

(2) Plaintiff's complaint is **DISMISSED without prejudice**.

Dated this 5th day June, 2012.

_____
BENJAMIN H. SETTLE
United States District Judge

ORDER